UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVER BEDOYA, DIEGO GONZALES, and MANUEL DeCASTRO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE EXPRESS, INC., d/b/a AEX GROUP,<br><br>    Defendant. | Civil Action No: 2:14-cv-02811 (ES)(JAD)<br><br><br><br>Civil Action<br><br>NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS |

**PLEASE TAKE NOTICE** that on September 8, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant, American Eagle Express, Inc., d/b/a AEX Group ("AEX " or "Defendant"), by and through its counsel, Jackson Lewis P.C., will move before this Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for an Order entering Judgment on the Pleadings and dismissing the Plaintiffs' Complaint, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely upon the attached Memorandum of Law, the Certification of Saranne E. Weimer, Esq., with accompanying exhibits, and any and all other pleadings, papers and other materials, which may be submitted in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument on this motion on any return date as the Court may set, and will ask the Court to enter the proposed Order served herewith.

                                        Respectfully submitted,

                                        JACKSON LEWIS P.C.
                                        Attorneys for Defendant

                             By:  s/ Joseph C. DeBlasio
                                      Joseph C. DeBlasio
                                      Gregory T. Alvarez
                                      Saranne E. Weimer

Dated:  August 7, 2015

4816-7027-6646, v. 1