<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EVER BEDOYA, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　　　　v.<br><br>**AMERICAN EAGLE EXPRESS,**<br><br>　　　　　**Defendant.** | **Civil Action No. 14-2811 (ES)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

　　　　Pending before the Court is Plaintiff's motion to dismiss Defendant's counterclaim and third-party complaint. (D.E. No. 54). Also pending before the Court is Defendant's motion for judgment on the pleadings. (D.E. No. 69). For the reasons stated in the Court's Opinion, which was read into the record;

　　　　**IT IS** on this 21st day of November 2016;

　　　　**ORDERED** that Plaintiff's motion to dismiss is DENIED without prejudice; and it is further

　　　　**ORDERED** that Defendant's motion for judgment on the pleadings is DENIED.

　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*s/Esther Salas*
　　　　　　　　　　　　　　　　　　　　　　　**Esther Salas, U.S.D.J.**