UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EVER BEDOYA, et al. | : | CIVIL ACTION: 14-2811 (ES) |
| Plaintiffs, | : | O R D E R |
| v. | : | **CLOSED** |
| AMERICAN EAGLES EXPRESS, INC. | : | |
| Defendant, | : | |

It has been reported to the Court that the above-captioned matter has been administratively stayed pending the Third Circuit Appeal,

It is on this 12th day of OCTOBER 2018,

O R D E R E D that the above captioned action be and is hereby administratively closed with the right of the parties upon good cause shown to reopen the action.

s/Esther Salas
ESTHER SALAS, U.S.D.J.