# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
766 Shrewsbury Avenue
Tinton Falls, New Jersey 07724
Tel 732 532-6148
Fax 732 842-0301
www.jacksonlewis.com

James J. Panzini - Resident Managing Principal

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

JOSEPH C. DeBLASIO
Direct Dial: 732.945.6021
E-Mail: Joseph.DeBlasio@jacksonlewis.com

April 3, 2019

<u>Via ECF Filing and FedEx</u>
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 2D
Newark, New Jersey 07102

Re: Ever Bedoya, *et al.* v. American Eagle Express, Inc.
Docket No. 2:14-cv-02811-ES-JAD

Dear Judge Dickson:

      The parties submit this joint letter to provide the Court with a status update in the above-referenced matter. Defendant, American Eagle Express, Inc., has decided to file a Petition to the United States Supreme Court, seeking review of the Third Circuit's decision, which affirms the District Court's denial of Defendant's Motion for Judgment on the Pleadings. The Petition is due to be filed with the United States Supreme Court no later than April 29, 2019. Upon the filing of this Petition, Defendant will file a motion to stay the proceedings in the District Court, pending the conclusion of the Supreme Court proceedings.

      Counsel for Defendant has conferred with counsel for Plaintiffs on these issues. Counsel for Plaintiffs have indicated that Plaintiffs will not consent to the stay in the District Court. Rather, Plaintiffs will ask the District Court to set a schedule to move the proceedings forward on their anticipated motion for class certification and the merits, irrespective of the Supreme Court Petition. Specifically, Plaintiffs would request that the Court set a deadline for their class certification motion that is either (i) three months after the Court rules on Defendant's motion to stay; or (ii) July 26, 2019. Such a schedule will allow Plaintiffs to complete the remaining discovery for their class certification motion.

Respectfully submitted,

JACKSON LEWIS P.C.

   /s/ *Joseph C. DeBlasio*
Joseph C. DeBlasio

JCD/KMD