**MOLLIE HARTMAN LUSTIG (NJ ID 000862011)**
**CHASAN LAMPARELLO MALLON & CAPPUZZO, PC**
300 Lighting Way
Secaucus, New Jersey 07094
P: 201-348-6000
F: 201-348-6633
Attorneys for Plaintiff Amaran. Abdoul Aziz Wereme

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMARAN. ABDOUL AZIZ WEREME, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE EXPRESS, INC. d/b/a AEX Group,<br><br>Defendant. | CIVIL ACTION<br><br>No.: 2:20-cv-05616-ES-MAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST AMERICAN EAGLE EXPRESS, INC. D/B/A AEX GROUP PURSUANT TO RULE 41(a)(1) BY AMARAN. ABDOUL AZIZ WEREME** |

Plaintiff Amaran. Abdoul Aziz Wereme hereby gives notice of his voluntary dismissal without prejudice of American Eagle Express, Inc. d/b/a AEX Group ("AEX"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure in the matter docketed Civ. No. 2:20-cv-05616-ES-MAH ("the Wereme Matter"). Defendant AEX has not filed an answer or motion for dismissal as of this time. Defendant AEX consents to this dismissal.

1

Plaintiff Wereme is similarly situated to the proposed class of plaintiffs in the action entitled <u>Ever Bedoya et al. v. American Eagle Express, Inc. d/b/a AEX Group</u> ("the Bedoya Matter" or "Bedoya Class") and docketed as Civil Action No. 2:14-cv-02811(ES)(JAD). Plaintiff Wereme's wage and hour claims are identical to those of the proposed members of the Bedoya class and his interests will be adequately protected as a member of the Bedoya class, if and when the class is certified. Plaintiffs in the Bedoya Matter filed a motion to dismiss, seeking to have the Wereme Matter dismissed. The plaintiffs in the Bedoya Matter also consent to this voluntary dismissal without prejudice.

Plaintiff Wereme's Motion to Consolidate Pursuant to Federal Rules of Civil Procedure 42(a) and Appoint Chasan Lamparello Mallon & Cappuzzo as Interim Co-Lead Counsel Pursuant to Federal Rules of Civil Procedure 23(g) (Doc. 151) shall also be withdrawn.

In support of this notice Plaintiff relies on Rule 41(a)(1) of the Federal Rules of Civil Procedure and the attached Declaration of Mollie Hartman Lustig.

          Respectfully submitted,
          By: */s/ Mollie Hartman Lustig*
               Mollie Hartman Lustig

Dated:      December 18, 2020


ON NOTICE TO:  R. Andrew Santillo, Esq.
Winebrake & Santillo, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, Pennsylvania 19025

Harold Lichten, Esq.
Matthew Thomson, Esq.
LICHTEN & LISS RIORDAN, P.C. 100 Cambridge Street, 20th Floor Boston, Massachusetts 02114

Attorneys for Plaintiff Ever Bedoya, et al. in the 2:14-cv-02811-ES-JAD action

Joseph C. DeBlasio, Esq.
Pooja Bhutani, Esq.
JACKSON LEWIS, P.C.
766 Shrewsbury Avenue, Suite 101
Tinton Falls, New Jersey 07724

Attorneys for Defendant, American Eagle Express, Inc., d/b/a AEX Group in the 2:20-cv-05616-ES-MAH and 2:14-cv-02811-ES-JAD actions